DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARNELL LEWIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-749

[August 17, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; N. Hunter Davis, Judge; L.T. Case No. 04-12815 CF10A.

Carnell Lewis, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***